RECEIVED

APR 15 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SHEILA HAMILTON | CIVIL ACTION NO. 6:15-CV-02015 |
| VS. | SECTION P |
| | JUDGE DONALD E. WALTER |
| JAMES ROGERS | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's *habeas corpus* complaint filed pursuant to 28 U.S.C. §2254 be **DISMISSED WITHOUT PREJUDICE** pursuant to FRCP Rule 41(b).

**THUS DONE AND SIGNED**, in chambers, Lafayette, Louisiana, on this ___ day of _____, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE